UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD DOWNER,

        Plaintiff,

CASE NO.: 12-cv-61384-RSR

v.

WESTON ALE HOUSE, LLC, d/b/a CAROLINA ALE HOUSE and GASFORAL, LLC,

        Defendants.
_____/

## JOINT MOTION TO DISMISS CASE WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, RICHARD DOWNER, and Defendants, WESTON ALE HOUSE, LLC, d/b/a CAROLINA ALE HOUSE and GASFORAL, LLC, by and through their respective counsel, hereby move this Honorable Court for an Order granting the dismissal with prejudice of this case with the Court retaining jurisdiction for enforcement purposes of the settlement agreement and in support thereof alleges as follows:

### FACTS

1. The parties have entered into a binding confidential Settlement Agreement which requires certain actions to be taken post-dismissal of the case.

2. There is no need for the case to be pending during this time period as it is the parties' belief the parties will comply with same subsequent hereto.

### MEMORANDUM OF LAW

Rule 41 of the Federal Rules of Civil Procedure allows for the Court to dismiss the case and retain jurisdiction for enforcement purposes. In re Anago Franchising v. Shaz, LLC, 677 Fed. 3rd 1272.

WHEREFORE, the parties hereto request this Court enter the attached Order allowing for the dismissal of the case with prejudice and the Court retaining jurisdiction of same.

DATED this 9th day of Jan., 2013.

Respectfully submitted,

CHRISTOPHER J. STERNS, JR., ESQ.
Attorney for Defendant Weston Ale House, LLC
2455 E. Sunrise Blvd., Ste. #1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100

_____
CHRISTOPHER J. STERNS, JR., ESQ.

MARK D. COHEN, P.A.
Attorney for Plaintiff
Presidential Circle, Ste. #435 So.
4000 Hollywood Blvd.
Hollywood, Florida 33021
Telephone: (954) 962-1166

_____
MARK D. COHEN, ESQ.

SAM CALE CALIENDO, ESQ.
Attorney for Defendant Gasforal, LLC
P.O. Box 50041
Lighthouse Point, Florida 33074
Telephone: (954) 418-8741

_____
SAM CALE CALIENDO, ESQ.

2